# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVE STREIFFER COMPANY, INC., | CIVIL ACTION<br>NO. 07-3012 |
| VERSUS | |
| DEPARTMENT OF HOMELAND SECURITY | SECTION M |

## ORDER

The motions before the Court are for summary judgment filed by both plaintiff and defendant, seeking a determination of whether or not the documents sent to plaintiff pursuant to a The Freedom of Information Statute (FOIA) 5 U.S.C. §552 *et. seq.* are sufficient, and requesting an "in camera" review of these documents. Oral argument was held on July 9, 2009, and the Court ruled from the bench that an "in camera" review of the documents was appropriate. Defendant, the Department of Homeland Security (DHS), submitted the following exhibits to the Court: Exhibit #1: Documents which were completely withheld from the Plaintiff; Exhibit #2: Redacted Documents; and Exhibit #3: DHS' Vaughn[1] index.

After a complete review of the documents "in camera", consideration of both

---

[1] See Vaughn v. Rosen 484 F. 2d 820 (D.C. Cir. 1973), cert. Denied, 415 U.S. 977 (1974)

motions, briefs from both sides, and the applicable law, the Court grants defendant's motion for summary judgment, and dismisses defendant at plaintiff's cost.

I

This is a suit for the disclosure and release of agency records, brought by plaintiff, Dave Streiffer Company, Inc., a wholesaler of duty-free goods based in New Orleans.

On August 15, 2006, officers of the U.S. Immigration and Custom Enforcement (ICE), in New Orleans, Louisiana, seized certain property because the ICE officers believed that there was probable cause that an attempt was made to export merchandise from a bonded warehouse contrary to law and that there was an attempt to export merchandise from the U.S. in violation of law or that merchandise was being removed or intended to be removed from the U.S. in violation of law. [2]

On October 13, 2006, the Bureau of Customs and Border Protection (CBP) Port of New Orleans' Office of Fines, Penalites, and Forfeiture sent sent a letter notifying Streiffer that it might have an interest in the seized property and that the property was subject to forfeiture. On November 14, 2006, CBP received a FOIA request from Strieffer seeking documents related to the seizure. On May 25, 2007, Streiffer sued the Department of Homeland Security (DHS), CBP and ICE parent agency, alleging that it was not responsive to the FOIA request.

II

DHS provided Strieffer with more than 5,000 pages of documents; of those responses, less than 50 pages contain redactions and 41 pages were withheld in their

---

[2]See 19 U.S.C., §1595 a(d); See also 22 U.S.C. §401

entirety. Both CBP and ICE provided Streiffer with <u>Vaughn</u> Indices for all redacted or withheld documents.

Strieffer requests that this Court examine those limited pages, alleging that although the pages contain some exemptions, that they also "contain some bare-bone facts," which may be "segregable" under the statute which Streiffer alleges form the material facts and the basis for the government's allegations against it.

III

The Court concludes, after a complete "in camera" review of the DHS documents, that Streiffer has received all of the documents that he is entitled to receive pursuant to his FOIA Request.

**Accordingly**, the Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment is **GRANTED**; the case is **DISMISSED with prejudice, plaintiff to pay all costs.**[3]

New Orleans, Louisiana, this 23rd day of July, 2008.

Peter Beer
United States District Judge

---

[3] The Clerk is authorized to tax Plaintiff with **all costs including but not limited to those costs attendant upon the hearing held July 9, 2008.** The Government had fully complied with its responsibilities. The Court deems the subsequent proceedings as an unjustified "fishing expedition" that was without merit and based upon representations that were, at best, far fetched - a totally unacceptable use of the FOIA. 7/23/08 P.B.